UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   18-01583 |
| Elliot Abelson | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | Lake County |
| Debtor(s) | ) | |

## ORDER MODIFYING CHAPTER 13 PLAN

THIS CAUSE coming to be heard on the Debtors' Motion to Modify Chapter 13 Plan, due notice having been given and the Court being fully advised in the premises:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

The monthly payment to the Ch 13 Trustee is hereby increased to $1,025 per month;

Any default in Trustee payments is hereby deferred to the end of the plan.

The Plan Base shall remain the same.

The fixed payment to the state of New Jersey as in section 3.3 is deleted.

Enter:

0 9 AUG 2019

Dated:

United States Bankruptcy Judge

**Prepared by:**

Edwin L Feld & Associates, LLC
1 N LaSalle Street, Ste 1225
Chicago IL 60602